Jeffrey M. Lenkov, Esq. (State Bar No. 156478)
 *jml@manningllp.com*
Karen Liao, Esq. (State Bar No. 256072)
 kxl@manningllp.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
19800 MacArthur Blvd, Suite 900
Irvine, California 92612
Telephone: (949) 440-6690
Facsimile: (949) 474-6991

Attorneys for Defendant IKEA US
RETAIL LLC (erroneously sued as Ikea
Holdings US, Inc. and Ikea North America
Services, LLC)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| PEGGY VALENTINE,<br><br>            Plaintiff,<br><br>v.<br><br>IKEA HOLDING US, INC., and DOES 1 to 10, inclusive,<br><br>            Defendants. | Case No. 2:21-CV-00460-JAM-KJN<br><br>**ORDER BY STIPULATION FOR MEDICAL EXAMINATION OF PLAINTIFF**<br><br>Date:   September 27, 2021<br>Time:  1:30 p.m.<br>Place:  1580 Creekside Drive, Suite 100<br>Folsom, CA 95630 |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

        The Court has read and considered the parties' Stipulation For Medical Examination of Plaintiff filed concurrently.  Good cause appearing, this Court makes the following orders:

        1.      IT IS ORDERED THAT plaintiff Peggy Valentine will undergo a physical examination under the following terms and conditions:

                1.      Examiner and Location:

                        Cedrick Wong, M.D.

4829-7192-2678.1

1580 Creekside Drive, Suite 100

Folsom, CA 95630

A copy of the physician's Curriculum Vitae is attached hereto as Exhibit "A."

2.      Date and Time of Examination:  September 27, 2021 at 1:30 p.m. and to continue so long as reasonably required.

3.      The examination shall be performed by Cedric Wong, M.D., whose specialty is orthopedic surgery, and shall include a limited medical history, medical and diagnostic evaluation, including any tests Dr. Wong deems necessary to evaluate plaintiff's physical condition as presented on the day of the examination.

4.       The physical examination shall include an evaluation of those claims of orthopedic injuries that plaintiff has identified in her responses to discovery as being caused by the incident(s) alleged in the pleadings, specifically, her neck, low back, left shoulder, left arm, left hip, left knee and left ankle.

5.      The examination shall not consist of unusual, painful, protracted, dangerous or intrusive diagnostic procedures.

6.      In the event plaintiff requires a continuance or cancellation of the examination, notification must be three (3) business days prior to the scheduled appointment (excluding Saturday, Sunday & Holidays). If the exam is cancelled in less than three (3) business days prior to the examination date, Dr. Wong charges a $900 late cancellation fee which will be paid by plaintiff and/or her counsel.

IT IS SO ORDERED.

Dated:  August 30, 2021

vale.460

_Kendall J. Newman_

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

4829-7192-2678.1

2

**ORDER BY STIPULATION FOR MEDICAL EXAMINATION OF PLAINTIFF**